PER CURIAM.

(No. 73-CC-180▮

AMERICAN PETROLEUM INSTITUTE, Claimant, *vs.* STATE OF ILLINOIS, ENVIRONMENTAL PROTECTION AGENCY, Respondent.

*Opinion filed June 28, 1973.*

AMERICAN PETROLEUM INSTITUTE, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; DOUGLAS G.

OLSON, Assistant Attorney General, for Respondent.

PER CURIAM.